# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KHALIL KHOURY, an individual, | Case No. 2:25-cv-07522 WLH (BFMx) |
| Plaintiff, | **ORDER STIPULATED PROTECTIVE ORDER** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:   APRIL 8 , 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1

US_ACTIVE\132668815\V-2